IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA

CHARLESTON DIVISION

*In Re: American Medical Systems, Inc., Pelvic Repair System*
*Products Liability Litigation*
*MDL No. 2325*

Civil Action No.  2:14-cv-00958

---

## SHORT FORM COMPLAINT

Come now the Plaintiff(s) named below, and for Complaint against the Defendants named

below, incorporate The First Amended Master Complaint in MDL No. 2325 by reference.

Plaintiff(s) further show the court as follows:

1.   Female Plaintiff

KATHRYN JOHNSON

2.   Plaintiff Spouse

_____

3.   Other Plaintiff and capacity (i.e., administrator, executor, guardian, conservator)

_____

4.   State of Residence

MINNESOTA

5.   District Court and Division in which venue would be proper absent direct filing

UNITED STATES DISTRICT COURT FOR THE DISTRICT OF MINNESOTA

MINNEAPOLIS DIVISION

6.   Defendants (Check Defendants against whom Complaint is made):

X      A. American Medical Systems, Inc. ("AMS")

Revised: 11/6/13

☐    B.  Ethicon, Inc.

☐    C.  Ethicon, LLC

☐    D.  Johnson & Johnson

☐    E.  Boston Scientific Corporation

☐    F.  C. R. Bard, Inc. ("Bard")

☐    G.  Sofradim Production SAS ("Sofradim")

☐    H.  Tissue Science Laboratories Limited ("TSL")

☐    I.  Mentor Worldwide LLC

☐    J.  Coloplast Corp.

☐    K.  Cook Incorporated

☐    L.  Cook Biotech, Inc.

☐    M.  Cook Medical, Inc.

7.  Basis of Jurisdiction

☐    Diversity of Citizenship

☐    Other:_____

A.  Paragraphs in Master Complaint upon which venue and jurisdiction lie:

_____

_____

_____

B.  Other allegations of jurisdiction and venue

DEFENDANT AMS MAINTIAINS ITS WORLDWIDE HEADQUARTERS AT 10700

BREN ROAD WEST, MINNETONKA, MINNESOTA 5534, THEREFORE, VENUE IS

PROPER IN THE USDC FOR THE DISTRICT OF MINNESOTA, MINNEAPOLIS

DIVISION, PURSUNT TO 28 U.S.C. §1391(b)(1).

8.  Defendants' products implanted in Plaintiff  (Check products implanted in Plaintiff)

    ☐    A. Apogee;

    ☐    B. Perigee;

    ☐    C. MiniArc Sling;

    ☐    D. Monarc Subfascial Hammock;

    X    E. SPARC;

    ☐    F. In-Fast;

    ☐    G. BioArc;

    ☐    H. Elevate;

    ☐    I. Straight-In;

    ☐    J.  Other

    _____

    _____

9.  Defendants' Products about which Plaintiff is making a claim.  (Check applicable products)

    ☐    A. Apogee;

    ☐    B. Perigee;

    ☐    C. MiniArc Sling;

    ☐    D. Monarc Subfascial Hammock;

    X    E. SPARC;

    ☐    F. In-Fast;

    ☐    G. BioArc;

    ☐    H.  Elevate;

    ☐    I. Straight-In;

3

☐    J.  Other;

_____

_____

10. Date of Implantation as to Each Product

APRIL 30, 2003

_____

11. Hospital(s) where Plaintiff was implanted (including City and State)

UNITY HOSPITAL

_____

12. Implanting Surgeon(s)

DR. JYOTHI KESHA

_____

13. Counts in the Master Complaint brought by Plaintiff(s)

X        Count I - Negligence

X        Count II – Strict Liability – Design Defect

X        Count III – Strict Liability – Manufacturing Defect

X        Count IV – Strict Liability – Failure to Warn

X        Count V -  Strict Liability – Defective Product

X        Count VI - Breach of Express Warranty

X        Count VII – Breach of Implied Warranty

X        Count VIII – Fraudulent Concealment

X        Count IX –   Constructive Fraud

X        Count X - Discovery Rule, Tolling and Fraudulent Concealment

X        Count XI – Negligent Misrepresentation

X        Count XII – Negligent Infliction of Emotional Distress

4

X        Count XIII – Violation of Consumer Protection Laws

X        Count XIV – Gross Negligence

X        Count XV -   Unjust Enrichment

☐       Count XVI - (By the Spouse) – Loss of Consortium

X        Count XVII – Punitive Damages

☐       Other _____ (please state the facts supporting this Count in the

space, immediately below)

☐       Other _____(please state the facts supporting this Count in the

space, immediately below)

_____
_____
_____
_____
_____
_____
_____

                                                    RESPECTFULLY SUBMITTED,

DATED:  JANUARY 9, 2014

                                                    By:  /s/ Buffy K. Martines_____
                                                    RICHARD N. LAMINACK, Esq.
                                                    State Bar of Texas No. 11850350
                                                    THOMAS W. PIRTLE, Esq.
                                                    State Bar of Texas No. 16038610
                                                    BUFFY K. MARTINES, Esq.
                                                    State Bar of Texas No.24030311
                                                    LAMINACK, PIRTLE & MARTINES, LLP
                                                    5020 Montrose Boulevard, 9th Floor
                                                    Houston, Texas 77006
                                                    Telephone:     713-292-2750
                                                    Facsimile:     713-292-2755

                                                    *ATTORNEYS FOR PLAINTIFF*